# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ZACHARY HOLTZMAN,<br><br>Plaintiff,<br><br>v.<br><br>HARTE HANKS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 24-CV-11484-DJC<br>)<br>)  **FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On February 25, 2025, relator Zachary Holtzman filed a Notice of Voluntary Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that it consents to the dismissal of this action without prejudice as to the rights of relator and the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States and relator jointly request that the relator's Complaint, the relator's Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and any subsequent filings in this action be unsealed. The United States further requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole

purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                                                        Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General
Civil Division

LEAH B. FOLEY
United States Attorney

Dated: February 25, 2025        By:    */s/ Andrew A. Caffrey, III*
ANDREW A. CAFFREY, III
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
Tel: (617) 748-3103
andrew.caffrey@usdoj.gov

JAMIE A. YAVELBERG
COLIN M. HUNTLEY
TESSA B. TILTON
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, N.E.
Washington, D.C. 20002
Tel. (202) 353-8190
Colin.Huntley@usdoj.gov
Tessa.B.Tilton@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

      I, Andrew A. Caffrey III, Assistant United States Attorney, hereby certify that I caused a copy of the foregoing document to be served by e-mail (with counsel's assent to electronic service) on the following counsel:

Royston H. Delaney, Esq.
RORY DELANEY, ESQ., LLC
28 State Street, Suite 802
Boston, Massachusetts 02109
(857) 498-0384
rory@rorydelaney.com

Darth M. Newman
LAW OFFICES OF DARTH NEWMAN LLC
1140 Thorn Run Road, #601
Coraopolis, PA 15108
(412) 436-3443
darth@dnewmanlaw.com

*Counsel for Relator*

Dated: February 25, 2025        By:    */s/ Andrew A. Caffrey, III*
                                                           ANDREW A. CAFFREY, III
                                                           Assistant United States Attorney