UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ZACHARY HOLTZMAN,<br><br>Plaintiff,<br><br>v.<br><br>HARTE HANKS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 24-CV-11484-DJC<br>)<br>)  **FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED]
ORDER**

The relator having filed a Notice of Voluntary Dismissal of its Complaint against Defendant Harte Hanks, Inc., and the United States having filed its Consent to Voluntary Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED that all claims against Defendant Harte Hanks, Inc. are dismissed without prejudice as to the relator and without prejudice as to the United States;

IT IS FURTHER ORDERED that the relator's Complaint, the relator's Notice of Voluntary Dismissal, the United States' Consent to Voluntary Dismissal, this Order, and any subsequent filings in this action be unsealed; and

IT IS FURTHER ORDERED that all other filings shall remain under seal.

Dated:_____                          _____
                                                DENISE J. CASPER
                                                UNITED STATES DISTRICT JUDGE